[No. 12048–8–II.  Division Two.  August 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
SCOTT ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 104625R090, Arthur W. Verharen, J., entered
May 6, 1988. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 12000–3–II.  Division Two.  August 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
DAVID SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 88–1–00029–6, Terence Hanley, J., entered
May 18, 1988. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 12143–3–II.  Division Two.  August 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS J.
PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 85–1–00437–0, Robert L. Harris, J., entered
July 14, 1988. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 11896–3–II.  Division Two.  August 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
ALLEN BRADSHAW, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 87–1–00167–1, James B. Sawyer II, J.,
entered March 4, 1988. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Alexander, C.J.,
and Reed, J.